Craig C. Blumreich, #10119  
Larson & Blumreich, Chartered  
5601 S.W. Barrington Court South  
P. O. Box 4306  
Topeka, KS 66604-0306  
(785) 273-7722

IN THE UNITED STATES DISTRICT COURT  
FOR THE STATE OF KANSAS

| | |
|---|---|
| BRENDA C. ROBERTS,<br>    Judgment Creditor,<br><br>v.<br><br>PATRICK A. PRINTUP, JR.,<br>    Judgment Debtor,<br><br>and<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br>    Garnishee. | Case No. 02-2333-CM |

## SATISFACTION OF JUDGMENT

COMES NOW Brenda C. Roberts in the above-captioned action and hereby notifies the court that the judgment entered in her favor against Patrick A. Printup, Jr. has been satisfied in full.

                                                                          x /s/ Brenda C. Roberts  
                                                                           Brenda C. Roberts

Approved by:

*[signature]*

Donald W. Vasos #6371
David A. Hoffman #13470
Vasos Law Offices
4400 Shawnee Mission Parkway, Suite 100
Fairway, KS   66205-2518
dwv@vasoslaw.com
dah@vasoslaw.com
(913) 362-4400
Fax: (913) 362-4244
Attorneys for Plaintiff